146 U.S. 355
 13 S.Ct. 186
 36 L.Ed. 1003
 JOY et al.
v.
ADELBERT COLLEGE OF WESTERN RESERVE UNIVERSITY et al.
 No. 1014.
 February 6, 1892.
 
 [Statement of Case from pages 355-356 intentionally omitted]
 Geo. Hoadly and John C. F. Gardner, for the motion.
 Mr. Chief Justice FULLER.
 
 
 1
 The motion to dismiss is granted, upon the authority of Railroad Co. v. Thouron, 134 U. S. 45, 10 Sup. Ct. Rep. 517; Gurnee v. Patrick Co., 137 U. S. 141, 11 Sup. Ct. Rep. 34; McLish v. Roff, 141 U. S. 661, 12 Sup. Ct. Rep. 118; Railroad Co. v. Roberts, 141 U. S. 690, 12 Sup. Ct. Rep. 123.